PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Szurko, Roman**                                           Docket No. **02:07-CR-0999-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **John Pyburn** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Roman Szurko**, who was placed under pretrial release supervision by the **Honorable Dennis M. Cavanaugh** sitting in the Court at 50 Walnut Street, Newark, New Jersey 07101, on December 17, 2007, under the following conditions:

1. Pretrial Services supervision
2. Travel restricted to New Jersey unless otherwise approved by Pretrial Services
3. Surrender passport and not apply for any new travel documents
4. Drug testing and treatment as directed by Pretrial Services

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **The condition of mental health testing as treatment as deemed appropriate by Pretrial Services to be amended to the defendant's conditions of release.**

ORDER OF COURT

Considered and ordered this ___5___ day of ___Feb___, _08_ and ordered filed and made a part of the records in the above case.

_____
Honorable Dennis M. Cavanaugh
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___2/6/08___

_____
John Pyburn
U.S. Pretrial Services Officer